AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Slomsky, Joel H. | Eastern District of Pennsylvania | 04/19/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 601 Market Street <br> Philadelphia, Pennsylvania 19106 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Joel Harvey Slomsky Individual Retirement Account (IRA), control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Assn. | 3/27-28/2010 | New York, New York | Annual Event to Honor Federal Judges | Hotel, Food, Transportation, Seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #2 | B | Interest | K | T | | | | | |
| 2. --First Merchants Bank NA (CD) | | | | | Matured | 11/12/10 | K | A | |
| 3. --Morgan Stanley Bank (CD) | | | | | Matured | 11/12/10 | K | B | |
| 4. --Fidelity Money Market Account | | | | | | | | | |
| 5. IRA #3 | F | Int./Div. | P1 | T | | | | | |
| 6. --Israel State Bond | | | | | Matured | 08/16/10 | J | A | |
| 7. --Banco Popular (CD) | | | | | Matured | 11/22/10 | L | C | |
| 8. --Discover Bank (CD) | | | | | Matured | 03/22/10 | L | B | |
| 9. --Mercantile Bank (CD) | | | | | Matured | 01/14/10 | L | B | |
| 10. --Capital One Bank USA (CD) | | | | | Matured | 03/17/10 | K | A | |
| 11. --First Merchants Bank NA (CD) | | | | | Matured | 11/20/10 | K | B | |
| 12. --Morgan Stanley Bank NA (CD) | | | | | Matured | 11/12/10 | K | B | |
| 13. --First Commercial Bank FL (CD) | | | | | Matured | 11/19/10 | L | C | |
| 14. --GMAC Bank (CD) | | | | | Matured | 03/12/10 | K | A | |
| 15. --Discover Bank (CD) | | | | | Matured | 03/05/10 | J | A | |
| 16. --Bank North (CD) | | | | | Matured | 01/14/10 | K | B | |
| 17. --First Chicago Bank and Trust (CD) | | | | | Matured | 04/19/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS  — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Legacy Texas Bank (CD) | | | | | | | | | |
| 19.   --Legacy Texas Bank (CD) | | | | | Merged (with line 18) | 01/01/10 | K | | |
| 20.   --Bank of the Commonwealth of Virginia (CD) | | | | | | | | | |
| 21.   --Merrick Bank (CD) | | | | | Matured | 02/12/10 | K | A | |
| 22.   --Georgia Bank and Trust Co. (CD) | | | | | | | | | |
| 23.   --Bank Union (CD) | | | | | | | | | |
| 24.   --Bank Union (CD) | | | | | Merged (with line 23) | 01/01/10 | K | | |
| 25.   --Cit Bank (CD) | | | | | | | | | |
| 26.   --Cit Bank (CD) | | | | | Merged (with line 25) | 01/01/10 | L | | |
| 27.   --Mid Carolina Bank (CD) | | | | | | | | | |
| 28.   --Charter Bank (CD) | | | | | Matured | 01/27/10 | K | A | |
| 29.   --Charter Bank (CD) | | | | | Matured | 01/27/10 | K | A | |
| 30.   --Macon Bank (CD) | | | | | | | | | |
| 31.   --DMB Community Bank (CD) | | | | | | | | | |
| 32.   --DMB Community Bank (CD) | | | | | | | | | |
| 33.   --First Jackson Bank (CD) | | | | | | | | | |
| 34.   --First Commericial Bank (Jackson, MS) (CD) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --American Bank CD) | | | | | | | | | |
| 36. --Commerce Bank (CD) | | | | | | | | | |
| 37. --Commerce Bank (CD | | | | | Merged (with line 36) | 01/01/10 | K | | |
| 38. --Crescent Bank (CD) | | | | | | | | | |
| 39. --Sallie Mae Bank (CD) | | | | | | | | | |
| 40. --Sallie Mae Bank (CD) | | | | | Merged (with line 39) | 01/01/10 | J | | |
| 41. --Great Southern Bank (CD) | | | | | | | | | |
| 42. --Pacific Continental Bank (CD) | | | | | | | | | |
| 43. --General Electric Capital (Bond) | | | | | | | | | |
| 44. --Goldman Sachs Group Inc. (Bond) | | | | | | | | | |
| 45. --Genworth Financial Inc. (Bond) | | | | | | | | | |
| 46. --Citigroup Inc. (Bond) | | | | | | | | | |
| 47. --Prudential Financial Inc. (Bond) | | | | | | | | | |
| 48. --American International Group (Bond) | | | | | | | | | |
| 49. --Vanguard Wellington Fund | | | | | | | | | |
| 50. --Vanguard Wellington Fund | | | | | Buy (add'l) | 01/29/10 | J | | |
| 51. --Vanguard Total Bond Market Index Fund | | | | | Sold | 12/02/10 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Fidelity Money Market Account | | | | | | | | | |
| 53. --General Electric Capital (Bond) | | | | | Buy | 01/29/10 | J | | |
| 54. --Vanguard Short Term Bond Index Fund | | | | | Buy | 01/29/10 | K | | |
| 55. --Vanguard Short Term Bond Index Fund | | | | | Sold | 12/13/10 | K | A | |
| 56. --Verizon Communications Inc. (Common Stock) | | | | | Buy | 03/04/10 | K | | |
| 57. --Ally Bank (CD) | | | | | Buy | 04/12/10 | L | | |
| 58. --Ally Bank (CD) | | | | | Matured | 10/15/10 | L | A | |
| 59. --Ally Bank (CD) | | | | | Buy | 04/12/10 | L | | |
| 60. --Frontier Communications (Common Stock) | | | | | Spinoff (from line 56) | 07/02/10 | J | | |
| 61. --Merrill Lynch (Bond) | | | | | Buy | 10/18/10 | K | | |
| 62. --Citigroup Inc. (Bond) | | | | | Buy | 10/18/10 | K | | |
| 63. --Bank of America (Bond) | | | | | Buy | 10/18/10 | K | | |
| 64. --Morgan Stanley (Bond) | | | | | Buy | 10/18/10 | K | | |
| 65. --Franklin Income Fund | | | | | Buy | 12/27/10 | K | | |
| 66. --AT&T Inc. (Common Stock) | | | | | Buy | 12/27/10 | K | | |
| 67. IRA #4 | A | Dividend | J | T | | | | | |
| 68. --Vanguard Target Retirement 2045 Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #5 | B | Interest | M | T | | | | | |
| 70. --PNC Bank (CD) | | | | | Buy | 02/25/10 | M | | |
| 71. IRA #6 | A | Interest | L | T | | | | | |
| 72. --PNC Bank (CD) | | | | | Buy | 04/06/10 | L | | |
| 73. Flexible Annuity Plan | D | Int./Div. | M | T | | | | | |
| 74. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 75. --Mutual of America Mid-Term Bond Fund | | | | | Sold | 12/02/10 | K | C | |
| 76. --Mutual of America General Account | | | | | | | | | |
| 77. Tax Deferred Annuity | E | Int./Div. | N | T | | | | | |
| 78. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 79. --Mutual of America Mid-Term Bond Fund | | | | | Sold | 12/02/10 | M | D | |
| 80. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 81. PNC Bank Money Market Account | A | Interest | J | T | | | | | |
| 82. Citizens Bank Select Money Market Account | A | Interest | | | Closed | 05/04/10 | J | A | |
| 83. Citizens Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investment and Trusts. Lines 19, 24, 26, 37 and 40 are for Certificates of Deposit (CD) that are the same as the Certificates of Deposit in the line above except for the dollar amount of the CD. The "merged" CDs and the ones on the line above were purchased in 2009 and are reflected as merged into one CD on the statements received from the investment company for the period 1/1/2010 to 12/31/2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/19/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel H. Slomsky**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544